IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re RCC NORTH, LLC,<br><br><br><br><br><br><br>Debtor. | Chapter 11<br><br>Case No. 10-bk-11078-SSC<br><br>(Not for Publication- Electronic Docketing ONLY)<br><br><br><br>ORDER INCORPORATING MEMORANDUM DECISION DATED JULY 12, 2011 |

     Based upon this Court's Memorandum Decision dated July 12, 2011, which is incorporated herein by reference:

     IT IS ORDERED that the Debtor's Emergency Motion For Stay Pending Appeal and Suspension of Chapter 11 Proceedings Or, Alternatively Motion To Extend The Stay for 30 Days To Seek a Stay Pending Appeal From the Appellate Court is DENIED.

     DATED this 12th day July, 2011.

*Sarah Sharer Curley*

Honorable Sarah Sharer Curley
United States Bankruptcy Judge

1