# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re RCC NORTH, LLC,<br><br>Debtor. | Chapter 11<br>Case No. 10-bk-11078-SSC<br>(Not for Publication- Electronic Docketing ONLY)<br><br>ORDER INCORPORATING MEMORANDUM DECISION DATED JULY 20, 2011 |

Based upon this Court's Memorandum Decision dated July 20, 2011, which is incorporated herein by reference:

IT IS ORDERED that the Debtor's Motion to Disqualify is DENIED.

.

DATED this 20th day July, 2011.

_____
Honorable Sarah Sharer Curley
United States Bankruptcy Judge

1